**556**

No. 295. NORMAN BREAUX LUMBER CO. *v.* REED, TAX COLLECTOR OF ADAMS COUNTY, MISSISSIPPI, and his successor in office. Motion submitted October 1, 1928. Decided October 8, 1928. *Per Curiam:* The motion to dismiss is granted for the reason that the judgment of the state court sought here to be reviewed was based on a non-federal ground adequate to support it. *Bilby* v. *Stewart,* 246 U. S. 255, 257; *Farson, Son & Co.* v. *Bird,* 248 U. S. 268, 271. *Mr. L. T. Kennedy* for defendant in error and appellee in support of the motion. *Mr. R. C. Milling* for plaintiff in error and appellant, in opposition thereto.

No. 284. HAWKINS *v.* PULLEY ET AL., Trustees. October 8, 1928. *Per Curiam:* The motion for leave to proceed further herein *in forma pauperis* is denied for the reason that the Court, upon examination of the unprinted record herein submitted, finds that there is no federal question upon which certiorari can be issued, application for which is therefore also denied. The costs already incurred herein by direction of the Court shall be paid by the clerk from the special fund in his custody, as provided in the order of October 29, 1926. *Mr. L. Melendez King* for petitioner. No appearance for respondents.